

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

### NO. 02-13-00374-CV

---

BILL VACKAR AND KATY VACKAR                    APPELLANTS

V.

LADINA VACKAR                    APPELLEE

------------

FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On December 16, 2013, this court received a letter from the appellants'
counsel, stating that the appellants no longer wished to pursue the appeal. We
responded by stating that if appellants failed to file a motion to dismiss complying
with rule 42.1(a)(1) on or before February 21, 2014, this court would dismiss the
appeal on its own motion. *See* Tex. R. App. P. 42.1(a)(1), 42.3(c), 43.2(f). We

---

[1]*See* Tex. R. App. P. 47.4.

have received no response.  Therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

/s/ Bob McCoy

BOB MCCOY
JUSTICE

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  March 6, 2014